FILED
08 AUG 13 PM 3:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2708 H |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| PEDRO PROANO-AGUIRRE, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Pedro Proano-Aguirre</u>, Criminal Case No. 08CR2217H.

DATED: August 13, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney